IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NENA L. HORSLEY, <br> Plaintiff, <br> v. <br> <br> COMMISSIONER OF THE <br> SOCIAL SECURITY ADMINISTRATION, <br> Defendant. | § § § § § § § § | No. 3:10-CV-02062-P (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Commissioner's decision is AFFIRMED and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this 23rd day of March, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE